UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 RYAN WADDY,

        Defendants.
_____/

Case: 2:24−cr−20464
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 8/21/2024
Description: INFO USA V. WADDY (DJ)

Violation:
18 U.S.C. § 922(g)(1)

## INFORMATION

The United States Attorney charges:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-1 RYAN WADDY

On or about April 24, 2024, in the Eastern District of Michigan, the defendant, RYAN WADDY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock 19, 9mm handgun, Serial Number BWRZ532, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegation contained in Count One of this Information is incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), upon conviction of an offense in violation of Title 18, United States Code, Sections 922, the defendant, RYAN WADDY, shall forfeit to the United States any firearm and any ammunition involved in or used in any knowing violation of the offenses.

DAWN N. ISON
UNITED STATES ATTORNEY


*s/Craig F. Wininger*
---
Craig F. Wininger
Chief, Violent and Organized Crime Unit


*s/Andrew R. Picek*
---
Andrew R. Picek
Assistant United States Attorneys


Dated: August 21, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 19-20185 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Terrence G. Berg |
| ☒ Yes  ☐ No | **AUSA's Initials:** s/ AP |

**Case Title:** USA v. Ryan Waddy

**County where offense occurred:** Macomb

**Check One:**  ☒ Felony  ☐ Misdemeanor  ☐ Petty

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 21, 2024
Date

Andrew Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9652
Fax:   313-226-9100
E-Mail address: Andrew.Picek@usdoj.gov
Attorney Bar #: OH0082121

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.